IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-661-F

| | |
|---|---|
| KENNETH JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) **MEMORANDUM AND RECOMMENDATION** |
| VETERANS ADMIN. M.C. CENTER, | ) |
| Defendant. | ) |

Plaintiff has filed an application to proceed *in forma pauperis*, and has demonstrated appropriate evidence of inability to pay the required court costs. However, the Court must also conduct a review pursuant to 28 U.S.C. § 1915 which requires the Court to dismiss all or any part of an action found to be frivolous or malicious, which fails to state a claim upon which relief can be granted, or which seeks money damages from a defendant immune from such recovery. *See* Cochran v. Morris, 73 F.3d 1310, 1315-16 (4th Cir. 1996). A case is frivolous if it lacks an arguable basis in either law or fact. *See* Neitzke v. Williams, 490 U.S. 319, 325 (1989). For the following reasons the undersigned recommends that Plaintiff's Complaint be found insufficient to survive review under 28 U.S.C. § 1915.

In making the frivolity determination, *pro se* complaints are entitled to more liberal treatment than pleadings drafted by attorneys. *See* White v. White, 886 F.2d 721, 724 (4th Cir. 1989). However, the court is not bound to accept the truth of the pleadings and may dismiss claims which are based on wholly irrational or incredible factual allegations. *See*

Denton v. Hernandez, 504 U.S. 25, 33 (1992).  Absent such wholly fantastic claims, the "initial assessment of the *in forma pauperis* plaintiff's factual allegations must be weighted in [his] favor." *Id*.

Plaintiff states the following as the only factual allegations in his Complaint: "Guns carried by VA police on psych wards . . . stop armed VA police on psychiatric units[.]"  (DE 2-1, pg. 3-4).  Likewise, he states that as relief he seeks "$000." (sic) in damages.  (DE 2-1, pg. 4).  These allegations are insufficient to support a claim upon which relief can be granted.  Therefore, the undersigned RECOMMENDS that Plaintiff's motion to proceed *in forma pauperis* be GRANTED, but that his Complaint be DISMISSED as frivolous.

SO RECOMMENDED in Chambers at Raleigh, North Carolina on Tuesday, November 22, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE