UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH JACKSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-661-F |
| | ) | |
| VETERANS ADMIN. M. CENTER, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the Plaintiff's Motion for Leave to Proceed in forma pauperis and on the Memorandum and Recommendation of United States Magistrate Judge William A. Webb.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS Judge Webb's Memorandum and Recommendation. The case is DISMISSED as frivolous. The Clerk of Court is directed to CLOSE this case.

**This Judgment Filed and Entered on December 21, 2011 and Copies To:**

Kenneth Jackson (via US Mail) USVAMC Ward 4-3-A, Salisbury, NC 28144 and to
USVA Medical Center, 1601 Brenner Ave., Ward 4-3-A, Salisbury, NC 28144


DATE                                   DENNIS P. IAVARONE, CLERK
December 21, 2011                       /s/ Susan K. Edwards
                                        (By) Susan K. Edwards, Deputy Clerk